**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**SONIA SMITH**                                                                                  **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO.** 3:20-cv-244-DPJ-FKB

**MISSISSIPPI EMERGENCY MANAGEMENT AGENCY**         **DEFENDANT**

**NOTICE OF REMOVAL**

TO:     Daniel D. Ware, Esq.
          Ware Law Firm, PLLC
          2472 U.S. Highway 49 South, Suite F
          Florence, Mississippi 39073

          Honorable Zack Wallace
          Hinds County Circuit Clerk
          Post Office Box 327
          Jackson, Mississippi 39205

Pursuant to 28 U.S.C. §§ 1441(b) and (c), defendant Mississippi Emergency Management Agency, hereby removes this action, *Sonia Smith v. Mississippi Emergency Management Agency,* Civil Action No. 20-151, from the Circuit Court of the First Judicial District of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division. In support of this removal, the defendant would show unto the Court as follows:

      1.     In her Complaint, Plaintiff explicitly seek relief under Title VII and 42 U.S.C. §1981 and §1983. *See Exhibit 1, Complaint, pp. 9-10*. Because Plaintiff is seeking relief for alleged violations of federal law, this Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 and §§ 1441(b) and (c). *See Breuer v. Jim's Concrete of*

*Brevard, Inc.*, 538 U.S. 691, 123 S. Ct. 1882, 155 L. Ed. 2d 923 (2003).

2.  The state law claims alleged by Plaintiff are "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). As such, this Court has supplemental jurisdiction over all of Plaintiff's state law claims as well. *Id*.

3.  Plaintiff filed her original Complaint on March 6, 2020. *Exhibit 1*. The defendant was served with process on March 16, 2020. This notice of removal is timely under 28 U.S.C. § 1446(b), because it is being filed no later than thirty days after service upon the defendant.

4.  The United States District Court for the Southern District of Mississippi, Northern Division, includes Hinds County, in which the state court action is now pending. Thus, venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

5.  Pursuant to L.U.Civ.R. 5(b), a certified copy of the entire state court record is appended to this notice of removal as Exhibit 1. Copies of all process, pleadings and orders served upon the defendant are collectively appended to this notice of removal as Exhibit 2, pursuant to 28 U.S.C. § 1446(a).

6.  Defendant is filing this written notice of removal with the Clerk of the Hinds County Circuit Court, First Judicial District, where this action is currently pending, pursuant to 28 U.S.C. § 1446(d). A copy of this notice of removal is also being served upon Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, the Mississippi Emergency Management Agency respectfully removes this action from the Circuit Court of the First Judicial District of Hinds County, Mississippi, to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

RESPECTFULLY SUBMITTED, this the 7th day of April, 2020.

    **MISSISSIPPI EMERGENCY MANAGEMENT AGENCY, Defendant**

    **LYNN FITCH, ATTORNEY GENERAL**

BY:    Benny M. May (MSB #100108)
       *Office of the Attorney General*
       Civil Litigation Division
       Post Office Box 220
       Jackson, Mississippi 39205
       E-mail: bemay@ago.ms.gov
       Telephone: (601) 359-3680

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this day caused to be mailed, via U.S. Mail, postage prepaid, and/or via electronic means, a true and correct copy of the above and foregoing document, together with the exhibits referenced therein, to the following interested parties:

Daniel D. Ware, Esq.
Ware Law Firm, PLLC
2472 U.S. Highway 49 South, Suite F
Florence, Mississippi 39073

Honorable Zack Wallace
Hinds County Circuit Clerk
Post Office Box 327
Jackson, Mississippi 39205

This, the 7th day of April, 2020.

                                                               Benny M. May