# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SONIA SMITH**                                                                                           **PLAINTIFF**

**VERSUS**                               **CIVIL ACTION NO.: 3:20-cv-00244-DPJ-FKB**

**MISSISSIPPI EMERGENCY MANAGEMENT AGENCY**         **DEFENDANT**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Daniel D. Ware of Ware Law Firm, PLLC has a new mailing address and physical address. Phone number and email addresses have stayed the same.

    Daniel D. Ware
    Ware Law Firm
    103 3rd Street NW
    Magee, Mississippi 39111

    RESPECTFULLY SUBMITTED, this the 26th day of October, 2022.

                            Sonia Smith

                            By:    */s/ Daniel D. Ware*
                                   Daniel D. Ware

WARE LAW FIRM, PLLC
Daniel D. Ware (MSB 10,847)
103 3rd Street NW
Magee, Mississippi 39111
(601) 439-7079
dware@warelawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned Daniel D. Ware, Ware Law Firm, PLLC, attorney for Plaintiff herein, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

**DATED** this the 26th day of October, 2022.

**/s/ Daniel D. Ware**
Daniel D. Ware