IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SONIA SMITH                                                                PLAINTIFF

VS.                                            CIVIL ACTION NO. 3:20-cv-00244-DPJ-FKB

MISSISSIPPI EMERGENCY
MANAGEMENT AGENCY                                                DEFENDANT

## VERDICT FORM

Consistent with all instructions you have received, please answer the following questions:

1. Do you find that Plaintiff Sonia Smith has proven by a preponderance of the evidence that Defendant Mississippi Emergency Management Agency terminated her employment in retaliation for filing a charge of discrimination with the EEOC?

    Answer "Yes" or "No." _____No_____

If your answer is "No," do not answer Question No. 2. If your answer is "Yes," go to the next question.

2. Please state in dollars and cents the damages you award Plaintiff Sonia Smith: $_____

Date: __1/12/23__

Foreperson: _____